Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave., Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorney for Plaintiff Derek Mohachy

Daniel W. Maguire (SBN 120002)
E-mail:  dmaguire@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600 | Fax:  213.236.2700

Attorneys for Defendant Life Insurance Company of North America

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DEREK MOHACHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GELSON'S MARKETS/NEW YORK LIFE BENEFIT SOLUTIONS LONG-TERM DISABILITY GROUP POLICY NO: SGD-0610578; LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendants. | Case No. 8:23-cv-02360 FWS (DFMx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety.  The parties are in the process of finalizing the settlement documents, and anticipate that they will be in a position to file a stipulation for dismissal of all claims against all parties, with prejudice, within the next 30 days.

Respectfully submitted,

Dated: May 6, 2024  LAW OFFICES OF TROY D. MONGE, APC

By: */s/troydmonge*
Troy D. Monge
Attorneys for Plaintiff Derek Mohachy

Dated: May 6, 2024  BURKE, WILLIAMS & SORENSEN, LLP

By: */s/danielwmaguire*
Daniel W. Maguire
Attorneys for Defendant Life Insurance Company of North America

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Daniel W. Maguire, counsel for Defendant Life Insurance Company of North America, and that I have obtained Mr. Maguire's authorization to affix his electronic signature to this document.

LAW OFFICES OF TROY D. MONGE, APC

By: */s/troydmonge*
Troy D. Monge
Attorney for Plaintiff Derek Mohachy