Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave., Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorney for Plaintiff Derek Mohachy

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700

Attorney for Defendant Life Insurance
Company of North America

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DEREK MOHACHY,<br><br>              Plaintiff,<br><br>       v.<br><br>GELSON'S MARKETS/NEW YORK LIFE BENEFIT SOLUTIONS LONG-TERM DISABILITY GROUP POLICY NO: SGD-0610578; LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>              Defendants. | Case No. 8:23-cv-02360 FWS (DFMx)<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>*[Filed concurrently with (Proposed) Order]*<br><br>**Judge:  Hon. Fred W. Slaughter** |

Plaintiff Derek Mohachy and Defendant Life Insurance Company of North America, by and through their respective counsel, hereby stipulate that this action be

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4854-5963-3597 v1

1

Case No. 8:23-cv-02360 FWS (DFMx)
STIPULATION TO DISMISS ACTION WITH PREJUDICE

dismissed in its entirety, with prejudice, and with each party to bear their own attorneys' fees and costs.

    IT IS SO STIPULATED.

Dated: May 15, 2024    LAW OFFICES OF TROY D. MONGE, APC

By: *s/ Troy D. Monge*
Troy D. Monge
Attorney for Plaintiff Derek Mohachy

Dated: May 15, 2024    BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Daniel W. Maguire*
Daniel W. Maguire
Attorney for Defendant Life Insurance Company of North America

## SIGNATURE ATTESTATION

    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Troy D. Monge, counsel for Plaintiff Derek Mohachy, and that I have obtained Mr. Monge's authorization to affix his electronic signature to this document.

BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Daniel W. Maguire*
Daniel W. Maguire
Attorney for Defendant Life Insurance Company of North America

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4854-5963-3597 v1

2

Case No. 8:23-cv-02360 FWS (DFMx)
STIPULATION TO DISMISS ACTION WITH PREJUDICE