# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DEREK MOHACHY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GELSON'S MARKETS/NEW YORK LIFE BENEFIT SOLUTIONS LONG-TERM DISABILITY GROUP POLICY NO: SGD-0610578; LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendants. | Case No. 8:23-cv-02360 FWS (DFMx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>***[Filed concurrently with Stipulation to Dismiss Action With Prejudice]***<br><br>**Judge: Hon. Fred W. Slaughter** |

　　Pursuant to the parties' Stipulation to Dismiss Action With Prejudice, and good cause appearing therefor,

　　IT IS HEREBY ORDERED that this matter is dismissed in its entirety, against all parties, with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated: May 15, 2024

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE